478 A.2d 63

Commonwealth v. Wilson, Appellant.

Petition for Allowance of Appeal
Denied Oct. 29, 1984.

Argued January 12, 1984.   Warren R. Hamilton, for appellant; Charles E. Butler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.